AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Guadalupe GARZA-Sanchez<br>YOB: 1988 Citizenship: Mexico<br><br>_Defendant(s)_ | Case No. 7:19-MJ-0758 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 02, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute cocaine |
| 21 U.S.C. § 952 | Illegal Importation of cocaine |

This criminal complaint is based on these facts:
On April 02, 2019, Jose Guadalupe GARZA-Sanchez was detained attempting to enter the United States through the Anzalduas Port of Entry with approximately 9.58 kilograms of cocaine concealed in the center console of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by AUSA Frances E. Blake on 4/3/2019.

_Complainant's signature_

Edgard Reynoso, HSI TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 4/3/2019 —8:37 a.m.

_Judge's signature_

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
_Printed name and title_

**Attachment "A"**

I, Edgard Reynoso, am a Task Force Officer with United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On April 02, 2019, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Anzalduas Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Jose Guadalupe GARZA-Sanchez (hereinafter GARZA), a citizen of Mexico and B1/B2 visa holder, while attempting to enter the U.S. with approximately 9.58 kilograms (kg) of cocaine concealed within the center console of a 2017 Toyota Yaris which he was driving.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative written declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. GARZA stated that he was he was the owner of the vehicle and was going shopping in McAllen, Texas. Queries on vehicle and GARZA yielded a system generated referral for further inspection. GARZA was referred to secondary inspection.

3. During secondary inspection, an x-ray exam was conducted on the vehicle and CBPOs noticed anomalies within the center console. A CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the center console of the vehicle.

4. A physical search of the vehicle CBPOs discovered 8 vacuum sealed, cellophane and tape wrapped packages concealed inside the center console. CBPOs field tested the white powdery substance inside the packages, which was presumptive positive for the characteristics of cocaine. The packages of cocaine weighed approximately 9.58 kilograms.

5. Homeland Security Investigations (HSI), Special Agents (SA) and Task Force Officers responded to the Anzalduas POE to assist in the investigation. The HSI Task Force Officers interviewed GARZA who denied knowledge of the cocaine concealed within the center console. GARZA, has crossed the vehicle into the United States (US) multiple times and stated that he was the only one that would drive the vehicle while in the US. During the interview, GARZA provided several inconsistent statements.